**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01708-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

BAKARI MACKEY,

    Applicant,

v.

T.K. COZZA_RHODES,

    Respondent.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCY**

---

Applicant, Bakari Mackey, initiated this action by filing, *pro se*, an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   X   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing a certified prisoner's trust fund statement showing Applicant's current balance in his account
(4)   ___   the account statement showing the current balance in Applicant's prison account is not certified
(5)   ___   is missing required financial information
(6)   ___   is missing an original signature by the prisoner
(7)   ___   is not on proper form (must use the Court's current form)
(8)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(9)   ___   An original and a copy have not been received by the court.

|      |     | Only an original has been received. |
|------|-----|-------------------------------------|
| (10) | X   | other: **In the alternative Applicant may pay the $5 filing fee** |

**Complaint, Petition or Application**:
- (11) __ is not submitted
- (12) __ is not on proper form (must use the Court's current form)
- (13) __ is missing an original signature by the prisoner
- (14) __ is missing page nos. __
- (15) __ uses et al. instead of listing all parties in caption
- (16) __ An original and a copy have not been received by the court. Only an original has been received.
- (17) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
- (18) __ names in caption do not match names in text
- (19) __ other:

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Applicant files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Applicant shall obtain the Court-approved forms used in filing ana Prisoner's Motion and Affidavit for Leave to Proceed In Forma Pauperis in a habeas Action (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Applicant must use a Court-approved form to cure the deficiency. It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiency **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED June 21, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge